ment; (2) the cost of equity; (3) purchases from Western Electric; (4) the working capital allowance, and (5) the degree to which the preceding factors will be reflected in the ultimate rate structure; so that if a bond is necessary pursuant to G. L. 1956 (1969 Reenactment) §39-5-4, court will be able to fix the amount of that bond. *Tillinghast, Collins & Graham, Andrew A. DiPrete, Louise Durfee,* for petitioner. *Julius C. Michaelson,* Attorney General, *Gregory L. Benik,* Special Asst. Attorney General for respondents. *Dennis J. Roberts II,* for Consumers' Council.

M. P. No. 76-96. STATE *v.* JOHN ABBOTT AND RICHARD FREEMAN. Motion of defendants for special assignment is denied. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Peter DiBiase,* Asst. Public Defender, for defendants.

M. P. No. 76-165. WILLIAM D. MELLO *v.* SUPERIOR COURT, STATE OF RHODE ISLAND *et al.* Petition for writ of habeas corpus granted, and case consolidated with the cases of *Frazier v. Mullen,* No. 76-199-M. P. and *Demers v. Mullen,* No. 76-241-M. P. *Edward John Mulligan, William F. Reilly,* Public Defender, amicus curiae, *Barbara Hurst,* Asst, Public Defender, amicus curiae, for petitioner. *Julius C. Michaelson,* Attorney General, *Gregory L. Benik,* Special Asst. Attorney General, for respondent.

M. P. No. 76-183. WARWICK TYSON *v.* JAMES W. MULLEN, *Warden.* Motion of respondent to dismiss the petition as moot is denied. The petition for writ of habeas corpus is granted and the writ may issue forthwith. *Walter R. Stone,* for petitioner. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for respondent.

M. P. No. 76-185. CARL MORETTA *v.* ALICE N. MORETTA *et al.* Motion of petitioner for an extension of time to July 12, 1976 to answer respondent's memorandum is granted. *Carl Moretta,*